# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

|   |   |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, ) ) ) *Plaintiff,* ) ) v. ) ) DRIVER LOAN, LLC, and ) ANGELO JOSE SARJEANT, ) ) *Defendants.* ) ) | Civil Action No. 20-24550-CIV-SANCHEZ |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR DEFENDANTS, DRIVER LOAN, LLC, and ANGELO JOSE SARJEANT

The undersigned attorneys, Edward A. Buchanan, Esq. of Custos Law and Ricardo M. Corona, Esq. and Ricardo R. Corona of Corona Law Firm request that this Honorable Court enter an Order permitting the undersigned to withdraw from the case and from further representation of the Driver Loan, LLC and Angelo Jose Sarjeant in the above-referenced matter. In support thereof, the undersigned states as follows:

1. On or about December, 2021, Defendants retained the undersigned to represent Defendants in the above-captioned case.

2. As a result of irreconcilable differences, Ricardo M. Corona, Ricardo R. Corona, Corona Law Firm, P.A., Edward A. Buchanan and Custos Law, seek an Order of withdrawal from this Honorable Court.

3. Pursuant to Local Rule 11.1(d)(3)(A), undersigned has served Mr. Sarjeant, individually and as a representative of Driver Loan, LLC, with a notice of this motion by email.

4. It does not appear that the Defendants have new or remaining counsel.

5. Mr. Sarjeant's last known mailing address is 9770 NW 74th Terr., Miami, FL 33178.

6. This motion is not filed for the purposes of delay and undersigned counsel has taken all steps reasonably practicable to protect the clients' interests.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court enter an Order permitting their withdrawal from the representation of the Defendants in the above-referenced matter and to be relieved of any further responsibility of the handling of this matter. A proposed order is attached hereto and will also be submitted via e-mail to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

Respectfully Submitted,

**CUSTOS LAW**
*Attorneys for Plaintiff*
1044 N. US Highway 1, STE 211
Jupiter, FL 33477
Telephone: (561) 576-7625

By: */s/ Edward A. Buchanan*
Edward A. Buchanan, Esq.
Florida Bar No. 68346
edward.buchanan@custoslaw.com

*s/ Ricardo M. Corona*
Ricardo M. Corona, Esq.
Florida Bar No. 107684
ricky@coronapa.com

*s/ Ricardo R. Corona*
Ricardo R. Corona
Florida Bar No. 111333
Rcorona@Coronapa.com
6700 SW 38 Street
Miami, FL 33155
Telephone: (305) 547-1234

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the United States District Court, Southern District of Florida. The Court's ECF system sent notice of filing to all registered attorneys of record. In addition, a courtesy copy was served by e-mail this 19th day of November, 2023 on the following:

*Attorneys for Plaintiff, Bureau of Consumer Financial Protection:*

JACOB A. SCHUNK, Special Bar ID #A5502876

(Iowa Bar Number AT0011308)

jacob.schunk@cfpb.gov

Bureau of Consumer Financial Protection

1700 G Street, NW

Washington, DC 20552

Telephone: 202-435-7265


Benjamin Konop

Consumer Financial Protection Bureau

1700 G Street Northwest

Washington, DC 20552

Benjamin.konop@cfpb.gov

*Defendants*

Driver Loan, LLC

C/O Angelo Sarjeant

                                                  Respectfully Submitted,

                                                  /s/ Ricardo M. Corona

                                                  Ricardo Corona, Esq.